# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**UNITED STATES OF AMERICA**          **CASE NO. 3:25-CR-00007-01**

**VERSUS**                             **JUDGE DAVID C. JOSEPH**

**TERRY JUSTIN MARTIN JR (01)**        **MAG. JUDGE KAYLA D. MCCLUSKY**

## MINUTES OF COURT:
### Change of Plea

| | | | |
|---|---|---|---|
| Date: | 4/10/25 | Presiding: | Mag. Judge Kayla D. McClusky |
| Court Opened: | 1:05 p.m. | Courtroom Deputy: | Angela LeDay |
| Court Adjourned: | 1:34 p.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 00:29 | Courtroom: | CR1 |
| | | Probation Officer: | Casey Stevens, standing in for Mark Miller |

## APPEARANCES

| | | |
|---|---|---|
| Samuel Scott Crichton   (AUSA) | For | United States of America |
| Keith Thomas Whiddon   (RET) | For | Terry Justin Martin Jr (01) Defendant |
| Terry Justin Martin Jr (01) Defendant | | (LOCATION CUSTODY) |

## PROCEEDINGS

**CHANGE OF PLEA:**
Plea of Guilty to Counts **2 and 3** of the Indictment.
Defendant under oath.
Defendant advised of Rule 11 rights.

**RULING:**
Recommendation that plea of guilty be accepted.
Oral Report and Recommendation that the Court accept the guilty plea by the defendant and the defendant be adjudged guilty of the offense. A written report and recommendation will follow.

**WAIVER:**
ORAL Waiver of Objections to the Report and Recommendation by all counsel and Defendant.

**ORAL ORDER:**
Order for presentence investigation report.

Order that the Clerk of Court accept defendant's payment of the special assessment, any fine and/or restitution prior to the sentencing in this case. Order that any restitution paid will be held

by the Clerk of Court and not dispersed to the victim(s) until the defendant has been sentenced and judgment has been entered.

**RELEASE:**

Defendant shall remain detained pending a sentencing hearing.

**NEXT:**

Sentencing is hereby set for **July 18, 2025, at 11:00 AM** and will be held in Monroe, LA, before **Judge David C. Joseph.**

**FILINGS:**

Consent to Proceed Before Magistrate Judge and Waiver of Objections to Report and Recommendation
Plea Agreement (with Act of Forfeiture and Abandonment of Property)
Affidavit of Understanding of Maximum Penalty and Constitutional Rights
Stipulated Factual Basis
Elements of the Offense