UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 3:25-00007-01 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| TERRY JUSTIN MARTIN, JR. (01) | MAG. JUDGE KAYLA D. MCCLUSKY |

**REPORT AND RECOMMENDATION ON**
**FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE**

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the Defendant, this cause came before the undersigned U. S. Magistrate Judge on April 10, 2025, for administration of guilty plea and allocution of the Defendant Terry Justin Martin, Jr. under Rule 11 of the Federal Rules of Criminal Procedure.  Defendant was present with his counsel, Mr. Keith Whiddon.

After said hearing, it is the finding of the undersigned that the Defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to counts two and three of the Indictment, is fully supported by a written factual basis for each of the essential elements of the offenses.  In addition, both the Government and the Defendant have waived their right to object to the report and recommendation.  Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the Defendant Terry Justin Martin, Jr. in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Terry Justin Martin, Jr. be finally adjudged guilty of the offenses charged in counts two and three of the Indictment.

IT IS FURTHER RECOMMENDED that the District Court ACCEPT Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the monies, properties, and/or assets (including the firearms and ammunition) involved in the illegal activity

to which Defendant is pleading guilty.

    IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the requisite delays.

    In Chambers, at Monroe, Louisiana, on this 10th day of April, 2025.

KAYLA DYE MCCLUSKY
UNITED STATES MAGISTRATE JUDGE