UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 3:25-CR-00007** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **TERRY JUSTIN MARTIN, JR.** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation [Doc. 27] of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court accepts the guilty plea of Defendant, Terry Justin Martin, Jr., and adjudges him guilty of the offenses charged in counts two and three of the Indictment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the monies, properties, and/or assets (including the firearms and ammunition) involved in the illegal activity to which Defendant is pleading guilty.

THUS, DONE AND SIGNED in Chambers on this 14th day of April 2025.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE